396 A.2d 62

Mulville et al., Appellants, v. State Farm
Insurance Company.

Argued March 27, 1978. Jerome M. Dubyn, for appellants; Joseph M. Hankins, for appellee.

Order affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 62

Novorosky, Appellant, v. Bonam.

Argued March 28, 1978. Donald E. Matusow, for appellant; William E. Schantz, for appellee.

Order affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.